NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: COPAXONE**

---

**TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA NEUROSCIENCE, INC., YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Plaintiffs-Appellants*

v.

**SANDOZ INC., MOMENTA PHARMACEUTICALS INC., DR REDDY'S LABORATORIES LTD, DR REDDY'S LABORATORIES INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., SYNTHON PHARMACEUTICALS, INC., SYNTHON B.V., SYNTHON S.R.O. BLANSKO, AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS COMPANY GMBH, PFIZER INC.,**
*Defendants-Appellees*

---

2017-1575

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:14-cv-01171-GMS, 1:14-cv-01172-GMS, 1:14-cv-01278-GMS, 1:14-cv-01419-GMS,

2   TEVA PHARMACEUTICALS USA, INC v. SANDOZ INC.

1:15-cv-00124-GMS, and 1:15-cv-00306-GMS, Judge Gregory M. Sleet.

---

**YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Appellant*

v.

**MYLAN PHARMACEUTICALS INC., AMNEAL PHARMACEUTICALS LLC,**
*Appellees*

———————

2017-1594, -1595, -1596

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00643, IPR2015-00644, IPR2015-00830, IPR2015-01976, IPR2015-01980, and IPR2015-01981.

———————

Before DYK, *Circuit Judge.*

# O R D E R

Upon consideration of these related appeals,

IT IS ORDERED THAT:

Appeal Nos. 2017-1575 and 2017-1594, -1595, -1596 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32